**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

HALO BONTLY, an Individual;

    Plaintiffs,

v.

AUDI of America, LLC, a foreign corporation; AUDI of America, Inc., a foreign corporation; AUDI AG, a foreign corporation; DOES I through X and ROE CORPORATIONS I through X, inclusive,

    Defendant.

Case No. 2:23-CV-02025-APG-EJY

**ORDER**
**Granting Stipulation to Continue Briefing Deadlines**

## Findings of Fact

Based on the Stipulation to Continue Briefing Deadlines filed by Counsel for the Parties, and good cause appearing therefore, the Court finds that:

1. Defendants filed their Motion to Dismiss [ECF 6] on December 13, 2023. Plaintiffs Response to the Motion is presently due on or before December 27, 2023.

2. The Motion to Dismiss was filed just prior to Christmas, New Years and the Winter Holidays. Additionally, the schedule and obligations of Counsel in this matter warrant a brief extension of time for the filing of the Response in this matter. Counsel propose that the Response be due on or before January 11, 2024 and Defendants' Reply be due on or before January 24, 2024.

3. No trial date has been set in this matter and the instant extension(s) would not cause undue delay, prejudice or otherwise to any of the Parties to this action. No formal hearing date has been set for the Motion to Dismiss.

-3-

1 **4. This Stipulation has been entered into in good faith.**

## Conclusions of Law

Federal Rule of Civil Procedure 6(b) et seq. permits the Court to extend the time for briefing under including but not limited to the following circumstances: "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires..." In the instant matter, Counsel have submitted a Stipulation to Continue Briefing Deadlines ("Stipulation") and good cause appears.

## Order

**IT IS SO ORDERED** that Plaintiff's Response to Defendant's Motion to Dismiss [ECF 6] will be due on or before January 11, 2024.

**IT IS FURTHER ORDERED** that Defendants' Reply to the Response will be due on or before January 24, 2024.

IT IS SO ORDERED:

Dated: January 2, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

-4-