Evan D. Schwab (NV Bar No. 10984)
Email: evan@schwablawnv.com
**SCHWAB LAW FIRM, PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, NV 89113
Telephone: 702-761-6438
Fax: 702-921-6443

*Attorneys for Plaintiff Halo Bontly*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HALO BONTLY, an Individual;<br><br>Plaintiffs,<br><br>v.<br><br>AUDI of America, LLC, a foreign corporation; AUDI of America, Inc., a foreign corporation; AUDI AG, a foreign corporation; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:23-CV-02025-APG-EJY<br><br>**Stipulation to Continue Briefing Deadlines (Second Limited Request)** |

Plaintiff Halo Bontly ("Plaintiff"), by and through his attorneys of record Evan D. Schwab, Esq. of Schwab Law Firm PLLC ("SLF") and Defendants Audi of America LLC and Volkswagen Group of America Inc. erroneously sued as Audi of America, Inc. ("Defendants"), by and through their attorneys of record Dawn L. Davis, Esq. and Christian P. Ogata, Esq. of Snell & Wilmer L.L.P., hereby file this Stipulation to Continue Briefing Deadlines as follows.

This Stipulation is entered into for the following reasons:

1. Defendants filed their Motion to Dismiss [ECF 6] on December 13, 2023. Plaintiff's Response to the Motion is presently due on or before December 27, 2023.

- 1 -

2. The Motion to Dismiss was filed just prior to Christmas, New Years and the Winter Holidays. Plaintiff's Counsel is attending to a family matter/emergency that requires a brief extension. Additionally, the schedule and obligations of Counsel in this matter warrant a brief extension of time for the filing of the Response in this matter. Counsel propose that the Response be due on or before January 18, 2024 and Defendants' Reply be due on or before February 1, 2024.

3. No trial date has been set in this matter and the instant extension(s) would not cause undue delay, prejudice or otherwise to any of the Parties to this action. No formal hearing date has been set for the Motion to Dismiss.

4. This Stipulation has been entered into in good faith.

| Dated this 11th day of January 2024 | Dated this 11th day of January 2024 |
|---|---|
| Schwab Law Firm PLLC | Snell & Wilmer L.L.P. |
| /s/ Evan Schwab | /s/ Christian P. Ogata |
| Evan D. Schwab, Esq.<br>Nevada Bar No. 10984<br>7455 Arroyo Crossing Parkway, #220<br>Las Vegas, Nevada 89113<br>E: evan@schwablawnv.com<br>T: 702-761-6438<br>F: 702-921-6443<br><br>Attorneys for Plaintiffs | Dawn L. Davis, Esq.<br>Nevada Bar No. 13329<br>Christian P. Ogata, Esq.<br>Nevada Bar No. 15612<br>3883 Howard Hughes Parkway, #1100<br>Las Vegas, Nevada 89169<br>E: ddavis@swlaw.com<br>E: cogata@swlaw.com<br>T: 702-784-5200<br>F: 702-784-5252<br><br>Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

HALO BONTLY, an Individual;

    Plaintiffs,

v.

AUDI of America, LLC, a foreign corporation; AUDI of America, Inc., a foreign corporation; AUDI AG, a foreign corporation; DOES I through X and ROE CORPORATIONS I through X, inclusive,

    Defendant.

Case No. 2:23-CV-02025-APG-EJY

**ORDER**

**Findings of Fact**

Based on the Stipulation to Continue Briefing Deadlines filed by Counsel for the Parties, and good cause appearing therefore, the Court finds that:

1. Defendants filed their Motion to Dismiss [ECF 6] on December 13, 2023. Plaintiff's Response to the Motion is presently due on or before December 27, 2023.

2. The Motion to Dismiss was filed just prior to Christmas, New Years and the Winter Holidays. Plaintiff's Counsel is attending to a family matter/emergency that requires a brief extension. Additionally, the schedule and obligations of Counsel in this matter warrant a brief extension of time for the filing of the Response in this matter. Counsel propose that the Response be due on or before January 18, 2024 and Defendants' Reply be due on or before February 1, 2024.

3. No trial date has been set in this matter and the instant extension(s) would not cause undue delay, prejudice or otherwise to any of the Parties

to this action. No formal hearing date has been set for the Motion to Dismiss.

4. This Stipulation has been entered into in good faith.

## Conclusions of Law

Federal Rule of Civil Procedure 6(b) et seq. permits the Court to extend the time for briefing under including but not limited to the following circumstances: "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…" In the instant matter, Counsel have submitted a Stipulation to Continue Briefing Deadlines ("Stipulation") and good cause appears.

## Order

IT IS SO ORDERED that Plaintiff's Response to Defendant's Motion to Dismiss [ECF 6] will be due on or before January 18, 2024.

IT IS FURTHER ORDERED that Defendants' Reply to the Response will be due on or before February 1, 2024.

Dated this <u>12th</u> day of January 2024

_____
United States District Judge